UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THOMAS W. RICE, SR., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>WAYNE COUNTY DEPARTMENT OF )<br>SOCIAL SERVICES; DEBBIE ELLIOT; )<br>WAYNE COUNTY SHERIFF'S OFFICE; )<br>DETECTIVE SERGEANT MICHAEL KABLER; )<br>CAPTAIN TOM EFFLER; and, CAPTAIN )<br>FAINE GREENFIELD, )<br> )<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:09-CV-408-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss, and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 1, 2010, that defendants' motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 2, 2010, and Copies To:**
Gregory Wenzl Brown (via CM/ECF Notice of Electronic Filing)
David Adam Coleman (via CM.ECF Notice of Electronic Filing)
Thomas W. Rice, Sr. (via U.S. Mail) 303 Waldroup Road, Dudley, NC 28333

July 2, 2010                             DENNIS P. IAVARONE, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk